### *Anonymous.*

BY THE COURT. All causes intended for argu-
ment, must be duly noticed before term, to the clerk,
that he may enter them, on the calendar. If not so
noticed, they must go to the foot of the calendar,
without regard to the date of their issues.